IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CASSIE L. GRAY,

               Plaintiff,

v.	Case No. 6:24-cv-01185-JWL

FRANK BISIGNANO,
Commissioner of Social Security,

               Defendant.

### ORDER GRANTING ATTORNEY FEES TO PLAINTIFF PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court previously remanded this case for further administrative proceedings under 42 U.S.C. § 405(g). After reviewing the file and being advised by the parties that they have now agreed to an attorney fee award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this Social Security appeal, the Court grants the Unopposed Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act [Doc. 15] and finds that reimbursement should be made for attorney fees in the amount of $5,640.40.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA attorney fee is payable to the Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States. In addition, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. § 406(b), she must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS THEREFORE ORDERED** that, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney fees under the EAJA in the amount of $5,640.40. The check for attorney fees should be made payable to Plaintiff and mailed to Plaintiff's attorney address.

**IT IS SO ORDERED**.

DATED this 12th day of May, 2025 at Kansas City, Kansas.

/s/ John W. Lungstrum
**John W. Lungstrum**
**U.S. District Court Judge**

Approved:

Duston J. Slinkard
Acting United States Attorney

s/ *Annalies van der Valk*          s/ *Kelsey Young*
Special Assistant United States Attorney   Kelsey Young
Office of Program Litigation, Office 6     Parmele Law Firm, P.C.
Colorado Bar #39484                        1545 E. Primrose St.
Office of the General Counsel              Springfield, MO 65804
Social Security Administration             ATTORNEY FOR PLAINTIFF
6401 Security Boulevard
Baltimore, Maryland 21235
303-844-2544
Annalies.Vandervalk@ssa.gov
ATTORNEYS FOR DEFENDANT